# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-22-297-G |
| | ) |
| LEANDRE DESHANE PARKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 16), filed August 12, 2022. The Government represents that it believes dismissal to be in the best interest of justice. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed July 21, 2022, charging Defendant LeAndre DeShane Parks with violation of Title 18, United States Code, Section 922(g)(1), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of August, 2022.

CHARLES B. GOODWIN
United States District Judge